**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――

**No. 21-2178**

―――――――――――――

BARBARA ANN KELLY,

Plaintiff - Appellant,

v.

OFFIT KURMAN, P.A.,

Defendant - Appellee.

―――――――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge.  (1:17-cv-03668-CCB)

―――――――――――――

Submitted:  March 16, 2023                               Decided:  March 20, 2023

―――――――――――――

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

―――――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――――

Barbara Ann Kelly, Appellant Pro Se.  Daniel Russell Hodges, ECCLESTON & WOLF, PC, Hanover, Maryland, for Appellee.

―――――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara Ann Kelly appeals the district court's orders:  (1) denying her motion to disqualify Defendant's counsel and granting Defendant's motions to strike the suggestion of bankruptcy, strike the amended complaint, and dismiss her complaint; and (2) denying her motion to reconsider.  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  *Kelly v. Offit Kurman, P.A.,* No. 1:17-cv-03668-CCB (D. Md. Aug. 23, 2021; Sept. 21, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2